842 A.2d 915

**In re CANVASS OF ABSENTEE BALLOTS OF NOVEMBER 4, 2003 GENERAL ELECTION.**

**Petition of John Pierce, Thomas Stepnick and Susan Gantman and Susan Gantman for Superior Court, Inc.**

**Nos. 650 and 651 WAL 2003.**

Supreme Court of Pennsylvania.

Dec. 26, 2003.

### *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of December, 2003, the above-captioned matter is **GRANTED, LIMITED** to the following issues

a.   Whether the absentee ballots delivered by third persons in Allegheny County in the November 4, 2003 election were invalid per 25 P.S. § 3146.6.

b.   Whether counting absentee ballots which were delivered by third persons violates the Equal Protection Clause of the Fourteenth Amendment.

This matter is ordered to be submitted on briefs.